NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| U.S. AUTOMATIC SPRINKLER CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:07-cv-944- SEB-TAB |
| vs. ) | |
| ) | |
| THE RELIABLE AUTOMATIC SPRINKLER ) | |
| CO., FERGUSON FIRE & FABRICATION, ) | |
| INC., f/k/a THE CLARK GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation (Docket No. 49) on Defendant Ferguson Fire & Fabrication's Motion for Summary Judgment (Docket Nos. 15 & 43), and the parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The Court, having considered the Magistrate Judge's Report, Defendant Ferguson Fire & Fabrication's objections thereto (Docket No. 59) and being duly advised, now approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, Defendant Ferguson Fire & Fabrication's Motion for Summary Judgment (Docket Nos. 15 & 43) is DENIED.

IT IS SO ORDERED.

Dated: 03/31/2008

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Offer Korin
KATZ & KORIN
okorin@katzkorin.com

Nicholas Ward Levi
KIGHTLINGER & GRAY
nlevi@k-glaw.com

John D. Meyer
GOODIN ORZESKE & BLACKWELL, P.C.
jmeyer@goblaw.com

Donald Orzeske
GOODIN ORZESKE & BLACKWELL, P.C.
dorzeske@goblaw.com

James William Roehrdanz
KIGHTLINGER & GRAY
jroehrdanz@k-glaw.com

Ronald George Sentman
KATZ & KORIN
rsentman@katzkorin.com